OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking  
Clerk

450 Golden Gate Avenue  
San Francisco, CA 94102  
415.522.2000

September 5, 2007

Courtney A. Blackburn  
112 Otis Street  
Santa Cruz, CA 95060

Re:   Courtney Blackburn v. Regents of the Univ of California  
       C 07-4151 EMC

Dear Counsel,

An Order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To insure that proper service is made, the address(es) of the following defendant(s) must be submitted to this office. Please print the address of each listed defendant in the space provided below and return this information in the self-addressed postage paid envelope provided as soon as possible in order to expedite this matter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:   Sheila L. Rash  
       Case Systems Administrator

| **Defendant** | **Mailing Address** |
|---|---|
| Regents of the University of CA | |
| University of CA, Santa Cruz | |
| Dan Wood | |