1
2
3                    UNITED STATES DISTRICT COURT
4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7
8   COURTNEY BLACKBURN,                    Case Number CV-07-4151-JF
              Plaintiff,
    V.                                     Case Management Conference
9
    REGENTS OF THE UNIVERSITY              January 11, 2008
10     OF CALIFORNIA,
                Defendant.                 CLERK'S NOTICE
11  _____
12
13  To all Parties and Attorneys of Record:
14  A Case Management Conference has been set on January 11, 2008 at 10:30 a.m.
15  before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor
16  of the U.S. District Court, 280 S. First St., San Jose, California.
17
18   November 28, 2007                     For the Court
                                           Richard W. Wieking, Clerk
19
20                                         By:___/s/_____
                                           Diana Munz
21                                         Courtroom Deputy Clerk
22
23
24
25
26
27
28