COURTNEY A. BLACKBURN
112 Otis Street
Santa Cruz, CA 95060
Tel: (831) 459-2434

In Propria Persona

Dennis P. Howell, SBN 78806
Rebecca Connolly, SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831) 722-2444
Facsimile (831) 722-6153

Attorneys for Defendant, The Regents of the
University of California and Dan Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COURTNEY A. BLACKBURN,<br><br>            Plaintiff.<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, UNIVERSITY OF CALIFORNIA, SANTA CRUZ; DAN WOOD, in His Individual and Official Capacities, et al.,<br><br>            Defendants. | No.   C07-4151 JF (RS)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT & CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**<br><br>**The Honorable Jeremy Fogel** |

The undersigned parties hereby stipulate that all served defendants shall have until February 8, 2008 to answer or otherwise respond to the above-captioned complaint. An extension of time will allow plaintiff the opportunity to procure counsel, permit the parties to explore early settlement, and if appropriate, it will also allow the parties to meet and confer regarding the possibility of filing a First

- 1 -

1  Amended Complaint in order to cure possible deficiencies in the Complaint currently on file with the
2  Court.
3       Based on this stipulated continuance with respect to the responsive pleading, the Case
4  Management Conference currently scheduled for January 11, 2008 is premature and the parties
5  stipulate to continue the Case Management Conference to March 21, 2008.
6       IT IS SO STIPULATED:
7
8  DATED: December 17, 2007
9
10                                     Courtney Blackburn, Plaintiff In Propria Persona
11
12 DATED: December 18, 2007         GRUNSKY, EBEY, FARRAR & HOWELL
13 By                        /s/
14                                   Rebecca Connolly, Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and DAN WOOD
15
16
17      PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Case Management
18 Conference currently scheduled for January 11, 2008 is continued to March 21, 2008 at 10:30 a.m. in
19 Courtroom 3 on the 5th Floor of the United States District Court, 280 S. First Street, San Jose,
20 California. The defendants shall have until February 8, 2008 to file their responsive pleading.
21
22 DATED: _____
23                                 JEREMY FOGEL
24                                 United States District Judge
25
26
27
28

- 2 -

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of December, 2007, at Watsonville, California.

By:     */s/ Rebecca Connolly*

Rebecca Connolly