1  COURTNEY A. BLACKBURN
   112 Otis Street
2  Santa Cruz, CA 95060
   Tel: (831) 459-2434
3
   In Propria Persona
4
   Dennis P. Howell, SBN 78806
5  Rebecca Connolly, SBN 145482
   GRUNSKY, EBEY, FARRAR & HOWELL
6  A Professional Corporation
   240 Westgate Drive
7  Watsonville, CA 95076
   Telephone (831) 722-2444
8  Facsimile  (831) 722-6153

9  Attorneys for Defendant, The Regents of the
   University of California and Dan Wood
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE DIVISION
14

15

16  COURTNEY A. BLACKBURN,                    No.  C07-4151 JF (RS)

17                      Plaintiff.            **STIPULATION TO EXTEND TIME TO
                                              RESPOND TO COMPLAINT & CONTINUE
18       vs.                                  CASE MANAGEMENT CONFERENCE;
                                              [proposed] ORDER**
19  REGENTS OF THE UNIVERSITY OF
    CALIFORNIA, UNIVERSITY OF                 **The Honorable Jeremy Fogel**
20  CALIFORNIA, SANTA CRUZ; DAN
    WOOD, in His Individual and Official
21  Capacities, et al.,

22                      Defendants.

23

24       The undersigned parties hereby stipulate that all served defendants shall have until February 8,

25  2008 to answer or otherwise respond to the above-captioned complaint. An extension of time will

26  allow plaintiff the opportunity to procure counsel, permit the parties to explore early settlement, and if

27  appropriate, it will also allow the parties to meet and confer regarding the possibility of filing a First

28

- 1 -

Amended Complaint in order to cure possible deficiencies in the Complaint currently on file with the Court.

Based on this stipulated continuance with respect to the responsive pleading, the Case Management Conference currently scheduled for January 11, 2008 is premature and the parties stipulate to continue the Case Management Conference to March 21, 2008.

IT IS SO STIPULATED:

DATED: December 17, 2007

_____
Courtney Blackburn, Plaintiff In Propria Persona

DATED: December 18, 2007        GRUNSKY, EBEY, FARRAR & HOWELL

By                              /s/
                                Rebecca Connolly, Attorneys for Defendants THE
                                REGENTS OF THE UNIVERSITY OF
                                CALIFORNIA and DAN WOOD

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Case Management Conference currently scheduled for January 11, 2008 is continued to March 21, 2008 at 10:30 a.m. in Courtroom 3 on the 5th Floor of the United States District Court, 280 S. First Street, San Jose, California. The defendants shall have until February 8, 2008 to file their responsive pleading.

DATED: 12/18/07

_____
JEREMY FOGEL
United States District Judge

- 2 -

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of December, 2007, at Watsonville, California.

By:  */s/ Rebecca Connolly*

Rebecca Connolly

PRMC19630/stip-cont.doc
**C07-4151 JF (RS)**
**Stipulation to Extend & Continue CMC**