# EXHIBIT C

AUG-29-2007 11:46  FROM:STAFFHR MCQUITTA   8314592926   TO:92670   P.4/7

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 556-2007-00822 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Courtney Blackburn | (831) 427-2803 | 06-03-1949 |

Street Address: 112 Otis Street, Santa Cruz, CA 95060

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNIVERSITY OF CALIFORNIA SANTA CRUZ | 500 or More | (831) 459-2434 |

Street Address: 1156 High Street, Santa Cruz, CA 95060

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: — Latest: 01-30-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or around 1980. My most recent position was P.E. Instructor II. On or around 2003 and 2004, I was passed over for promotions to higher positions such as Supervisor. These promotions were given to younger, non-Black individuals. On December 14, 2005, I filed EEOC charge number 370-2006-00061 against Respondent. On or around January 2006, Respondent hired a non-Black individual to replace me as Tai Chi Teacher.

Respondent did not state a reason for its actions.

I believe that I have been retaliated against for engaging in a protected activity and discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended, and age, in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 8-11-2007   Charging Party Signature: *Courtney Blackburn*

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**RECEIVED AUG 14 2007 EEOC-SJLO**