# EXHIBIT E

| EEOC Form 5 (5/01) | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**AMENDED**<br>370-2006-00061 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Courtney Blackburn | (831) 427-2803 | 06-03-1949 |

Street Address: 112 Otis Street, Santa Cruz, CA 95060

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNIVERSITY OF CALIFORNIA | 500 or More | (831) 459-2434 |

Street Address: 1156 High Street, Santa Cruz, CA 95060

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 01-03-2006
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have worked for Respondent as a Tai Chi Teacher since 1980 and a P.E. Instructor II since 1995. I was the fencing club coach for 10 years as well. I never received any pay for the duty of fencing club coach. I have been replaced in my coaching duties by a white male, Eric Hansen and he is being paid for this duty. I also requested that the number and level of classes I teach be expanded before the new coach was hired. I was not given an expanded position to teach beginning and advanced classes. A new instructor, outside of my protected group was hired and has reached the same half-time instructor level as me and the same pay within a few years. I do not have an office, wherein other teachers have offices on campus. I am forced to do all my class work at home.

I do not know why I have been treated this way.

I believe I have been discriminated against because of my race, (Black), in violation of Title VII of the Civil Right Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

01/04/2006  /s/ Courtney Blackburn
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED JAN 11 2006 EEOC-SFDO