# EXHIBIT F

RECEIVED
9-15-05
UC SANTA CRUZ

University of California, Santa Cruz

Equal Employment Opportunity/
Affirmative Action Office

## DISCRIMINATION COMPLAINT FORM

UCSC policies prohibit discrimination and/or retaliation on the basis of sex, race, color, national origin, citizenship, religion, marital status, disability, medical condition, ancestry, age, veteran status and sexual orientation in any aspect of employment.

Staff, faculty, student employees and applicants for employment who believe they may have been illegally discriminated or retaliated against are encouraged to bring their concerns to the EEO/AA office where staff are available to investigate, attempt to resolve the complaint and/or make recommendations for corrective action. Complaints of sex discrimination, including sexual harassment and assault, may also be brought directly to the Title IX office by calling 459-2462.

Name: Courtney Blackburn

Address: 112 Otis St SantaCruz
CA 95060

Telephone: 831 427 2803

I am:  Staff ___
Faculty ✔
Student employee ___
Applicant for employment ___

Cause of discrimination based on (check appropriate items):
☑ Race  ☐ Sex  ☐ Disability  ☐ Religion  ☐ National Origin/Ancestry
☑ Color  ☑ Age  ☐ Marital Status  ☐ Sexual Orientation  ☐ Other (please specify)

Date most recent or continuing discrimination/retaliation took place (month, day & year): _____
The particulars of my complaint are (please use additional sheets as necessary):

I do not know when it began. I can only describe it by the results that it is both continuing discrimination and retaliation; after 26 years teaching; two programs that could add up to fulltime. 15 years; past over for promotions to higher positions; 20 years before receiving halftime benefits and after 26 years, I am still a part timer, It seems I am not allowed to succeed. I am only looking for what any career teacher would expect. A teacher with my years of commitment and more, with so little to show for it now, but not for a lack of contribution.

What would you consider to be a successful or acceptable outcome and/or resolution to your complaint? If you would review my career and compare it with others you will find note worthy, or just listen to my story and act in your capacity, you might see what I see. Any resolution would have to be based on what is fair.

A copy of the EEO/AA Complaint Investigation and Resolution Procedures for Staff, Faculty, & Student Employees and Applicants can be obtained from the EEO/AA Office by calling (831)459-2686 or from http://www2.ucsc.edu/eeo-aa/complain.htm

Send or bring this complaint form to:

Julia Armstrong-Zwart

EEO/AA Office, McHenry Library, 4th Floor, Room 470-A

To call for information or to make an appointment:

831-459-____ 3000 - Lv message for Marisol

Or send your inquiries via email:

_____@ucsc.edu
jtrbug@earthlink.net

Received EEO/AA: AA

000348