**\*\*E-filed 2/14/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

COURTNEY A. BLACKBURN,

                                                        No. C-07-4151-JF

    Plaintiff,

     v.                                          Clerks's Notice

REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

    Defendant.
_____

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Motion to Dismiss currently noticed for March 21, 2008 and the Case Management Conference currently scheduled for March 21, 2008. The new date for both hearings is Friday, April 11, 2008 at 9:00 AM.   The briefing schedule for the Motion to Dismiss will be set by the new date, the Case Management Conference Statement is due by Friday, April 4, 2008.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 2/14/08                        For the Court,
                                             Richard W. Wieking, Clerk

                                             Diana Munz
                                             electronic signature
                                             Courtroom Deputy