COURTNEY A. BLACKBURN
112 Otis Street
Santa Cruz, CA 95060
Tel: (831) 459-2434

In Propria Persona

Dennis P. Howell, SBN 78806
Rebecca Connolly, SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831) 722-2444
Facsimile  (831) 722-6153

Attorneys for Defendant, The Regents of the
University of California and Dan Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COURTNEY A. BLACKBURN,<br><br>                 Plaintiff.<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, UNIVERSITY OF CALIFORNIA, SANTA CRUZ; DAN WOOD, in His Individual and Official Capacities, et al.,<br><br>                 Defendants. | No.  C07-4151 JF (RS)<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS & CONTINUE CASE MANAGEMENT CONFERENCE;** [proposed] **ORDER**<br><br>**The Honorable Jeremy Fogel** |

    The undersigned parties hereby stipulate that the hearing on the defendants' motion to dismiss, currently set for April 11, 2008 be continued to May 30, 2008 at 9:00 a.m. The briefing schedule with respect to the motion to dismiss will be set by the new hearing date. The plaintiff requested a continuance in order to file an opposition to the motion to dismiss with the continued legal assistance

- 1 -

PRMC19630/stip-cont-040308.doc
C07-4151 JF (RS)
Stipulation to Continue Hearing on Motion to Dismiss & CMC

of an attorney, Fania Davis, who has represented that she will assist the plaintiff in timely filing an opposition and may at some point formally represent the plaintiff for all purposes in this case.

It is further stipulated that the Case Management Conference currently set for April 11, 2008 be continued to June 27, 2008 at 10:30 a.m.

IT IS SO STIPULATED:

DATED: April 4, 2008

/s/ Courtney Blackburn
Courtney Blackburn, Plaintiff In Propria Persona

DATED: April 4, 2008

GRUNSKY, EBEY, FARRAR & HOWELL

By

/s/ Rebecca Connolly
Rebecca Connolly, Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and DAN WOOD

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on defendants' motion to dismiss currently scheduled for April 11, 2008 is continued to May 30, 2008 at 9:00 a.m. and the Case Management Conference currently scheduled for April 11, 2008 is continued to June 27, 2008 at 10:30 a.m. Both hearing will be held in Courtroom 3 on the 5th Floor of the United States District Court, 280 S. First Street, San Jose, California. The briefing schedule with respect to the motion to dismiss will be set by the new hearing date.

DATED: 4/9/08

JEREMY FOGEL
United States District Judge

PRMC19630/stip-cont-040308.doc
C07-4151 JF (RS)
Stipulation to Continue Hearing on Motion to Dismiss & CMC

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2008, at Watsonville, California.

By:   /s/ Rebecca Connolly
      _____
      Rebecca Connolly

- 3 -

PRMC19630/stip-cont-040308.doc
**C07-4151 JF (RS)**
**Stipulation to Continue Hearing on Motion to Dismiss & CMC**

# PROOF OF SERVICE
## [CCP §§ 1013a, 2015.5]

I am over the age of eighteen (18) years and not a party to the within action. I am employed by the law firm of GRUNSKY, EBEY, FARRAR & HOWELL (the "firm"), and my business address is 240 Westgate Drive, Watsonville, California 95076.

On **April 7, 2008** I caused to be served the within **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS & CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER** on the parties to this action, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows and delivered in the manner indicated:

Courtney A. Blackburn
112 Otis Street
Santa Cruz, CA 95060

Fania E. Davis, PhD
Attorney at Law
445 Bellevue Ave., Suite 202
Oakland, CA 94610

__XXX__    **[By Mail]**: I caused each envelope, with postage prepaid to be placed in the United States mail at Watsonville, California. I am readily familiar with the business practices of the firm regarding the collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to such business practices, and in the ordinary course of business, all correspondence is deposited with the United States Postal Service on the same day it is placed for collection and mailing.

_____    **[By Federal Express]**: I caused each envelope to be delivered to Federal Express for overnight courier to the office(s) of the addressee(s).

_____    **[By Hand Delivery]**: I caused each envelope to be delivered by hand on the office(s) of the addressee(s).

_____    **[By Fax]**: On **April 7, 2008**, I served the within document on the parties in said action by facsimile transmission, pursuant to Rule 2.306 of the California Rules of Court. A transmission report was properly issued by the sending facsimile machine and the transmission was reported as complete and without error.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **April 7, 2008** at Watsonville, California.

/s/ Alice Wilkerson
Alice Wilkerson

PRMC19662/Pos
*The Regents v. Bentenrou, et al. – CV158919*
PROOF OF SERVICE