

# EXHIBIT A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office

350 The Embarcadero, Suite 500
San Francisco, CA 94105
(415) 625-5600
TTY (415) 625-5610
FAX (415) 625-5609

# Questionnaire   370 200600061 N

If you return the completed questionnaire to us, we will automatically file a charge based on the information provided. We will also automatically advise the organization you name in your questionnaire that you have filed a charge of discrimination against it. If you do not wish this questionnaire to be considered a charge, please check the following box.

☐  This information is provided to EEOC for informational purposes only to help me decide whether to file a charge.

### PLEASE PRINT OR WRITE LEGIBLY

1.  a.  Full name: COURTNEY ALLEN BLACKBURN

    b.  Address: 112 OTIS ST
        City/State/Zip Code: SANTA CRUZ CA 95060

    c.  Home phone number: (831) 427-2803
        Work phone number: (831) 459-2531
        Cellular phone number: (    )

    d.  E-mail: COURTNEY @ BLACKBURN ACADEMY.COM

    e.  Social security number: 274 48 3581

    f.  Date of Birth: 6  3  1949

    g.  Gender: MALE

    h.  Race: AFic American

    i.  National Origin: USA

    j.  Skin Color: DARK BROWN

    k.  Person who can always contact you but does not live at your address:
        Name: Jenny Delany
        Address: 3238 Fond Dr
        City/State/Zip Code: Encino CA. 91436
        Phone number: (818) 990-5694

Page 1 of 6

2.  a.  Employer name: _UC Regents_

    b.  Describe employer business: _University_

    c.  Address where you worked: _1156 High St SC. Ca 95060_
        City/State/Zip Code: _Santa Cruz Ca_
        Phone number: _(831) 459 2581_

    d.  Corporate Name (if different from above): _____
        Address: _____
        City/State/Zip Code: _____
        Phone number: _____ ( ) _____

    e.  Name and title of immediate supervisor: _Lisa Norris_
        _Dance Teacher_

    f.  Name and title of personnel representative (if known) or senior management
        official at corporate headquarters: _____

    g.  Date of hire: _7 / 1980_

    h.  Date of separation (if any): _____

    i.  Last or current job title: _P.E. Instructor I._

    j.  Last or current rate of pay: _3266.00_    _Time: .5000 %_    _1,633.00 GROSS_
        _Pay Rate_

3.  Please identify the employment action(s) that caused you to contact the EEOC (e.g.
    hiring, layoff, promotion, accommodation, discipline, harassment, sexual harassment,
    etc.). Tell us what happened and why you feel the incident is discriminatory. Provide
    approximate dates for each incident. This information is very important for our
    evaluation of your situation.

4.  What was the employer's stated reason for taking each action?

5.  List the persons in your unit/department who were treated **better** than yourself with
    respect to each action. State their name, job title, race, color, national origin, sex, age and
    disability, if known.

3.    Please identify the employment actions that caused you to contact the EEOC (e.g. hiring, layoff, promotion, accommodation, discipline, harassment, sexual harassment, etc.).  Tell us why and why you feel the incident is discriminatory.  Provide approximate dates for each incident.  This information is very important for our evaluation of your situation.

a) The ongoing discrimination and retaliation in my department, has left me passed over for any promotions to higher positions and after 20 years of earnest service and many honors received by my students, I was finally granted a halftime position with only halftime benefits. I have taught Fencing and Tai Chi Chuan for 26 years, in my view this should have given me at least 15 years of full time credit and found me at very least in a full time career. It seems I have not been allowed to succeed.  I am only looking for what any career teacher would expect.  I am a teacher, with my many years of commitment, with little to show for it and not due in any part to my lack of contribution.

b) I have been the Fencing Teacher/Coach/Specialist for 10 years.  I was never paid for coaching the Club.  **Eric Hansen** was hired in January 2005 and is paid for coaching. I created the Fencing Club and coached it for 9 years. I donated my time, personal equipment, hours of driving my car fully loaded for tournaments and without any notification and without being offered the position, a man was hired to replace me.

c) **Skippy**, the Club Coordinator, has forwarded many of my emails to students. He has contributed to a poisoning of the air between me and the club.  I gave them the use of my scoring machine when it was still my club and they are acting as if my equipment is still theirs. This has led to a number of confrontations between me and several fencing club members, who obviously need equipment or they can't fence. Much of the equipment is my equipment.  I have maintained the equipment all these years.  I am faced with the constant struggle of getting my class equipped and I am forced to share the armory (my work space) and my classes' equipment and tools with the fencing club, which always leaves me ill prepared for classes the following day. I find it hard to continuously have to ask Skippy to be treated with common decency and respect.

d)  My job description does not include equipment repairing or purchasing.  I have repaired them for all these years, because the student's fees are not enough to cover the replacement.

e) Hostile work environment,
 I have lesser accommodations than others: no office, no desk, and no phone, no office in which to keep my files, no desk on which compile my class plans and no business card to show that I represent UCSC. I have no phone to make purchasing orders. I am forced to do paper work out of my home where I lack the

space to organize my thoughts.

f) Preferential hiring

My supervisor Lisa Norris was hired from High school. She started UC long after my employment began.   She is the mother of Bob Hansen's daughter.  After her relationship began with Bob Hansen, her promotion was made. When Dan Wood stepped down as my Supervisor, she filled his place. Lisa's promotion passed over me.

g) The popularity of my classes pressured me into converting my beginning classes in the multi level classes.  Only when my students pressured the administration by petition, did my supervisor allow one beginning saber class to be replaced by a saber Int./Adv. class. "No additional money was provided for me to create a new class or provide me with additional benefits.

h) Harassment

Rena Cochlan was my dance teacher, 1976-1978. She was one of three people who decided on my employment at the University. She said that she had no idea that was a teacher of Tai Chi Chuan. After being hired, she became my first supervisor and in the beginning she was helpful and caring. Some time later, I sought housing and she offered me a room in her house while she was still married, as Rena Kilpatrick. She later divorced and Mr. Kilpatrick moved out. The situation became increasingly more difficult for me because she began seeking my attention around the house. I told her I was going to move out and later she offered me sex. When I moved out she sent Daniel Feldman, another Tai Chi teacher teaching downtown, to take my job.  He came into my class pretending to be a UC student and reported back to Rena saying at the time, that my Tai Chi Master was not a true master.  Dan Wood called me in for a two on one.  Rena started asking me questions to me directly, how long have you been studying Tai Chi, and who was your master? All these questions were answered in the application process before I was hired. Dan continued ask question concerning my master and I answered with impeccable documentation given to me by my sifu Yao Ting Liu, many years ago. Dan folded the meeting, but Rena wanted to continue, but Dan insisted he was done and he called meeting ended.

i) Disrespect and preferential hiring.

When I was still in Rena's house there was a vote held that would have resulted in me getting halftime position, Rena voted for, but Bob Hansen voted no. I believe that, Bob Hansen voted no on a half time position for me because he wanted to hold the position open for Lisa Norris. She was later promoted to a supervisory position over me. I was not informed of the change and I did not know until my concerns over the fencing club issues came up and she stepped in. I was so ill informed that I had sent my complaint  to Dan Wood (now my previous supervisor) which he has not to date answered.

j)Discrimination

Change in contact hours in meeting, fall quarter 1985 I noticed that every other PE class had been increased and was being offered at 1.5 hours while my classes were still only offered 1 hour, I stated my question regarding class time distribution. Dan Wood acted as if he was surprised at the time and then said he would deal with increasing my hours. It was more than a year before I received those increases fall, 1986. I believe that this discriminatory action was directed at me and also had a detrimental effect on my students.

k) I sent Dan Wood several letters that were never responded to by him or anyone else. I found the lack of response demeaning, degrading and hostile.

l) There are no black instructors or coaches that have ever been promoted to full time. No fulltime careers were ever created for black instructors or coaches.

m) Yes, I am a member the NAACP, I filed my complaint at 5/20/2005 with them. The NAACP has contacted the University on mine and many others behalf, who have issues with patterns of race and color disparity of treatment and discrimination.

n) I went with my complaint to the EE/AAOC. Julia Armstrong was assigned to investigated my case. She misrepresented many of the things I told her, including my age. She request additional information from me which I could not provide, because only she had the records of OPERS at her disposal. I was additionally hesitant to interact with her because she had provided false testimony in a case that was won by a colleague of mine. Inspite of my requests I was forced to continue with her. I recently received her evaluation of my employment complaints and she found them to be unfounded.

o) I slipped and fell while teaching and hurt my back. I have also gotten three concussions while coaching and still have pain to this day. I was never amply compensated because I am classified as halftime.

p) unequal treatment

A white person filled a half time position and it became a full time position, when they left it reverted back to a half time position. Eric Bridgeland (white) was hired as a Basketball coach. His full time position replaced a halftime position. When he left the position the coaches after him were black and part-time.

4.    What was the employer's stated reason for taking each action?

None. There have never been any reasons given for their behavior, that I was ever informed of. There are also no other people of color in my department, no one else would therefore recognize their behavior as discriminatory besides

myself. I have been given no hope for promotion. All other instructors of color have all gone. The lack of promotion is one of the contributing factors to their departure. One individual of color has won a hostile work environment portion of their lawsuit against OPERS.

5.     List the persons in your unit/department who were treated better than yourself with respect to each action. State their name, job title, race, color, national origin, sex, age and disability, if known

Paul Lester, Mickey Wender, Mark Majeski, Dave Muldawer, Cindy Mori, Steve Clabusch, Dan Wood, Kevin Givens, Jay Hasack, Sean Sullivan, Matt Brower are all white males

Kathleen Hughes, Lisa Norris, Amy Radovan, Kathy Ferraro are all white females, and maybe more

Dan Wood, Department Chairman, white male.
Kathleen Hughes, Office Manager, white female.
Muldawer, D.A.    Tennis Teacher, white male.
Hansen, R.W.    Tennis Teacher, white male.
Cochlin, R.V.    Dance Teacher, white female
Norris, L.K.    Dance Teacher, white female.
Vandenberg, P. C.   Sailing Teacher, white male.
Mori, C.A.    Fitness Teacher, white female.
Kimball ,J.H.    Yoga Teacher, white female.
Shibata, Y.    Aikido Teacher, Japanese.


6.     List the persons in your unit/department who were treated the same as you with respect to each action. State their name, job title, race, color, national origin, sex, age and disability, if known.
Past Employees of Color:
 Duane Garner, Bernard Thompson, Gordon Johnson, Larry Griffin are all black males.
Laura Mitchell, Lynn Hall, are both black females and maybe more


7.     List the name and job title, race, color, national origin, sex, age, and disability of the employers' representatives who recommended and approved the decision which resulted, in the discriminatory action(s).
Dan Wood ( Department Chairman),
Bob Hanson (Tennis Teacher), Kevin
(Skippy) Givens (Club Coordinator),are all white males,
Lisa Norris (Supervisor)
Rena Cochlan (Dance Teacher),
Kathleen Hughes (Office Manager)are all white females.

8.      Have you filed a charge in this matter with another agency?  If yes, please provide the name of the agency and the date filed.
> **NAACP 5/20/2005**
> **UCSC EEO/AA  9/15/2005**

9.      Have you complained to your employer about this matter?  If yes, explain the situation.  When did you complain, to whom, and what was the result?  Please attach copies of supporting documentation.

**Yes.  I emailed to Dan wood and he did not response to me.  I have the email copy. He was dismissive of my concerns.
There was court decision that said that it was an illegal employment practice to hold an employee as part time after working 1000 hours without providing benefits, I worked 20 years in an illegal status.  When I received news in the year 2000 of my achieving a half time, I was told that it was about time and I deserved it.**

10.     What are your expectations in filing this charge?  What do you want to happen (e.g. reinstatement, policy change, promotion, back pay, etc.)?

**a) A full investigation into OPER'S and anywhere else in the UC system where this illegal, discriminatory system stands.
b) A review of the procedures that held me in a part time capacity while others were hired in half and full time positions.
c) There must be a correction in the procedures that result in white full time jobs reverting to part time after the white employee leaves.
d) A policy change with an apology published in a local newspaper; fair play for me and all others who have been harmed by this illegal apartheid educational system.
e) I deserve to be in a full time position.
f) I want back pay to half time & to full time, my pension position recalculated, time credit recalculated in order obtain to full pension status.
g) I want the promotions
  1) Supervisor of fencing.  2) Full time Tai Chi.  3) Education for the fencing master's program.
h) An initial compensation of money in restitution for the economic difficulties my family and I have suffered as a result of these unfair labor practices and a subsequent settlement.
i) I want campus housing ASAP to make up for the conditions under which and**

my family and I have been forced to live, in studios, converted garages, etc, and assistance with relocation costs.
j) Medical insurance
k) An office with a desk, a file cabinet, a telephone, business card, and a computer for web search of fencing equipment for purchasing, answering emails.
l) No access to my armory by the Fencing Club.

11.    Are you interested in mediation?
       **Yes.**

12.    Were you ever asked to sign an agreement that required that all disputes between you and your          employer be resolve solely through binding arbitration?
       **No.**

13.    Have you ever been asked to sign a general release in which you released all claims against your          employer in exchange for money or other benefits?
       **No.**

14.    Does anyone represent you in this matters, union, attorney, etc.)? I yes, please provide their name,          title, address and phone number.
       **No.**

15.    if you are complaining about harassment or sexual harassment please list or attach a brief chronology of          events. Include dates, what happened, harassers name and job title, the names of any witnesses, the          dates when you complained and to whom.
**Hostile working environment,**
**Neglect Harassment**
**Attempt at Slander (Skippy's sharing emails with student)**
**Preferential hiring**
**Denying of legitimate requests.**
**Lack of respect**

16.    Provide any other information that you have available (e.g. witness names with their telephone numbers          any other supporting documentation). Be sure to clarify what information the witnesses can attest to.

Duane Garner, ex OPERS employee, (831) 426-3616. Duane can inform you about his law suit against OPERS and has his own evidence.
I have included my correspondence with my supervisors as evidence of my issues.