# UNITED STATES DISTRICT COURT

### JUDGE JEREMY FOGEL, PRESIDING

COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing,  May 30, 2008
**Case Number:** CV-07-4151-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        **COURTNEY BLACKBURN  V.  REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL**

**PLAINTIFF**                                 **DEFENDANT**

**Attorneys Present: Tanya Davis, special appearance**        **Attorneys Present: Rebecca Connolly**

---

PROCEEDING

Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.