UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COURTNEY A. BLACKBURN,

CASE NO. C 07-4151 JF

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 6/27/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Fania E. Davis, appearing specially for Plaintiff Blackburn | | 510-451-0104 | fania@earthlink.net |
| Rebecca Connolly | Defendants Regents and Wood | 831-722-2444 | rconnolly@grunskylaw.com |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 6/6/08

/s/ Fania E. Davis
Attorney for Plaintiff

Dated: 6/6/08

/s/ Rebecca Connolly
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of June, 2008, at Watsonville, California.

By:  */s/ Rebecca Connolly*

Rebecca Connolly

- 1 -

PRMC19630\attestation.doc
C 07-4151 JF
Notice of Need for ADR Phone Conference