COURTNEY A. BLACKBURN
112 Otis Street
Santa Cruz, CA 95060
Tel: (831) 459-2434

In Propria Persona

Dennis P. Howell, SBN 78806
Rebecca Connolly, SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831) 722-2444
Facsimile  (831) 722-6153

Attorneys for Defendant, The Regents of the
University of California and Dan Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COURTNEY A. BLACKBURN,<br><br>                    Plaintiff.<br><br>    vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, UNIVERSITY OF CALIFORNIA, SANTA CRUZ; DAN WOOD, in His Individual and Official Capacities, et al.,<br><br>                    Defendants. | No.   C07-4151 JF (RS)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**<br><br>**The Honorable Jeremy Fogel** |

The undersigned parties hereby stipulate to continue the hearing on the Case Management Conference currently set for July 25, 2008 to August 8, 2008 at 10:30 a.m. or another date convenient to the Court.  A continuance is necessary because the parties have reached a settlement.  The parties are in the process of memorializing the terms of the settlement in writing.  The parties anticipate that they will be able to finalize the settlement and file a voluntary dismissal prior to August 8, 2008.

- 1 -

IT IS SO STIPULATED:

DATED: July 21, 2008

      /s/ Fania Davis
_____
Fania Davis, specially appearing for Plaintiff In Propria Persona

DATED: July 21, 2008      GRUNSKY, EBEY, FARRAR & HOWELL

By      /s/ Rebecca Connolly
_____
Rebecca Connolly, Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and DAN WOOD

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 25, 2008 is continued to August 8, 2008 at 10:30 a.m. in Courtroom 3 on the 5th Floor of the United States District Court, 280 S. First Street, San Jose, California.

DATED: _____      _____
JEREMY FOGEL
United States District Judge

- 2 -

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of July, 2008, at Watsonville, California.

By:   /s/ Rebecca Connolly

Rebecca Connolly

# PROOF OF SERVICE
**[CCP §§ 1013a, 2015.5]**

I am over the age of eighteen (18) years and not a party to the within action. I am employed by the law firm of GRUNSKY, EBEY, FARRAR & HOWELL (the "firm"), and my business address is 240 Westgate Drive, Watsonville, California 95076.

On **July 21, 2008** I caused to be served the within **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS & CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER** on the parties to this action, addressed as follows and delivered in the manner indicated:

Courtney A. Blackburn
112 Otis Street
Santa Cruz, CA 95060

__XXX__   **[By Mail]:** I placed a true copy thereof enclosed in a sealed envelope caused each envelope, with postage prepaid to be placed in the United States mail at Watsonville, California. I am readily familiar with the business practices of the firm regarding the collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to such business practices, and in the ordinary course of business, all correspondence is deposited with the United States Postal Service on the same day it is placed for collection and mailing.

Fania E. Davis, PhD
Attorney at Law
445 Bellevue Ave., Suite 202
Oakland, CA 94610

__XXX__   **[By e-mail]** Pursuant to CCP §1010.6(6), I scanned and emailed correct copies of the above-entitled document to faniad@earthlink.net.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **July 21, 2008** at Watsonville, California.

____/s/ Harriet Parinello_____
Harriet Parinello

PRMC19662/Pos
*The Regents v. Bentenrou, et al. – CV158919*
**PROOF OF SERVICE**