Dennis P. Howell, Esq., SBN 78806
Rebecca Connolly, Esq., SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831) 722-2444
Facsimile  (831) 722-6153

Attorneys for Defendant, The Regents of the
University of California and Dan Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COURTNEY A. BLACKBURN,<br><br>            Plaintiff.<br><br>    vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>            Defendants. | No.  C07-4151 JF (RS)<br><br>**STIPULATION OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between plaintiff, in propria persona, and defendants through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED:   August 21 , 2008

_____
Courtney Blackburn, Plaintiff In Propria Persona

- 1 -

1 | DATED:   August 18, 2008                    GRUNSKY, EBEY, FARRAR & HOWELL

By /s/ Rebecca Connolly
Rebecca Connolly, Attorneys for Defendants The Regents of the University of California and Dan Wood

- 2 -

PRMC19630/Stip-dismiss
C07-4151 JF (RS)
STIPULATION OF DISMISSAL

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August, 2008, at Watsonville, California.

By:   */s/ Rebecca Connolly*
       Rebecca Connolly